VERDIA BLACKSTOCK V. THE STATE.

No. 21055. Delivered May 8, 1940.

The opinion states the case.

*Hubert T. Faulk*, of Mineola, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The record in this case is before us without statement of facts or bills of exception. Furthermore, it contains the court's charge to the jury and a motion for a new trial, but there is no jury verdict; no judgment entered thereon and no notice

of appeal. Consequently, this court has no jurisdiction of any matter involved.

The appeal is dismissed.